IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| BEVERLY L. HALEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-0892-CV-W-SWH-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

ORDER

On Wednesday, February 1, 2006, a hearing was held on the Plaintiff's Social Security Brief (doc. # 20) and the Brief For Defendant (doc. # 23). For the reasons stated at the conclusion of the hearing,[1] it is

ORDERED that the Court finds that substantial evidence on the record as a whole supports the Commissioner's final decision denying benefits to claimant. It is further

ORDERED that the Commissioner's decision is affirmed.

　　　　　　　　　　　　　　　　　　/s/ *Sarah W. Hays*
　　　　　　　　　　　　　　　　　　SARAH W. HAYS
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's statements at the conclusion of the argument concerning its reasons for affirming the decision of the Commissioner have been typed and made a part of the record.