IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

BEVERLY L. HALEY,

        Plaintiff,

v.                                  CASE NO. 04-0832-CV-W-SWH

JOANNE BARNHART,
Commissioner of Social Security,

        Defendant.

 **XX**   **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED**

that the Court finds substantial evidence on the record as a whole supports the Commissioner's final decision denying benefits to claimant.

**IT IS FURTHER ORDERED**

that the Commissioner's decision is affirmed.

February 2, 2006                        Patricia L. Brune
Date                                      Clerk

                                                    */s/ Bonnie J. Rowland*
                                                    (by) Deputy Clerk